APPEAL,CLOSED,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−00979−ACR</u>
### *Internal Use Only*

| | |
|---|---|
| IN RE: GREGORY BRIAN MYERS | Date Filed: 04/02/2025 |
| Assigned to: Judge Ana C. Reyes | Date Terminated: 07/28/2025 |
| Case in other court:  USBC/DC−Chapter 13, 25−00069−ELG | Jury Demand: None |
| Cause: 11:8001 Bankruptcy Appeal | Nature of Suit: 422 Bankruptcy Appeal (801) |
| | Jurisdiction: Federal Question |

**<u>In Re</u>**

**GREGORY BRIAN MYERS**

**<u>Appellant</u>**

**GREGORY BRIAN MYERS**                    represented by  **GREGORY BRIAN MYERS**
4301 50th St, NW
Suite 300
Washington, DC 20016
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2025 | <u>1</u> | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25−00069−ELG, filed by GREGORY BRIAN MYERS. (Attachments: # <u>1</u> Civil Cover Sheet)(zdp) (Entered: 04/04/2025) |
| 05/05/2025 | <u>2</u> | Notice of Bankruptcy Appeal Record Availability re <u>1</u> Bankruptcy Appeal Bankruptcy Court case number 24−00069. (zdp) (Entered: 05/19/2025) |
| 07/24/2025 | | MINUTE ORDER. The Court directs the clerk of the court to terminate this case. Signed by Judge Ana C. Reyes on 7/24/2025. (lcacr3) (Entered: 07/24/2025) |
| 08/21/2025 | <u>3</u> | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 7/24/2025 MINUTE Order by GREGORY BRIAN MYERS. Fee Status: No Fee Paid. Parties have been notified. (Attachments: # <u>1</u> Exhibit)(mg) (Entered: 08/27/2025) |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLERK
US DISTRICT & BANKRUPTCY
COURTS FOR DC

2025 AUG 21 ₽ 6:52

Case No.: 1:25-cv-00979-ACR

RECEIVED

In re:

GREGORY BRIAN MYERS,

     Appellant.

_____/

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Gregory B. Myers hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the MINUTE ORDER entered by this Court on July 24, 2025 (the "Minute Order"), stating:

> MINUTE ORDER. The Court directs the clerk of the court to terminate this case. Signed by Judge Ana C. Reyes on 7/24/2025. (lcacr3) (Entered: 07/24/2025)

A copy of the docket showing the Minute Order is attached as **Exhibit A**.

Dated: August 21, 2025

     Respectfully submitted,

     Gregory B. Myers, pro se
     700 Gulf Shore Blvd. N.
     Naples, Florida 34102
     (301) 325-2312
     *gregbmyers@verizon.net*

**RECEIVED**
**Mailroom**

AUG 2 2 2025

Angela D. Caesar, Clerk of Clerk
U.S. District Court, District of Columbia

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2025, I filed the foregoing NOTICE

OF APPEAL with the Clerk of Court and a copy of same will be served on all parties

registered to receive service on the Court's ECF system, including:

Rebecca A. Herr ecf@ch13md.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV


<br>

_____
Gregory B. Myers, pro se

# Exhibit A

Query    Reports    Utilities    Help    Log Out

CLOSED,PROSE-NP,TYPE-F

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:25-cv-00979-ACR

IN RE: GREGORY BRIAN MYERS
Assigned to: Judge Ana C. Reyes
Case in other court: USBC/DC-Chapter 13, 25-00069-ELG
Cause: 11:8001 Bankruptcy Appeal

Date Filed: 04/02/2025
Date Terminated: 07/28/2025
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**GREGORY BRIAN MYERS**

**Appellant**

**GREGORY BRIAN MYERS**

represented by **GREGORY BRIAN MYERS**
4301 50th St, NW
Suite 300
Washington, DC 20016
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 04/02/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25-00069-ELG, filed by GREGORY BRIAN MYERS. (Attachments: # 1 Civil Cover Sheet) (zdp) (Entered: 04/04/2025) |
| 05/05/2025 | 2 | Notice of Bankruptcy Appeal Record Availability re 1 Bankruptcy Appeal Bankruptcy Court case number 24-00069. (zdp) (Entered: 05/19/2025) |
| 07/24/2025 | | MINUTE ORDER. The Court directs the clerk of the court to terminate this case. Signed by Judge Ana C. Reyes on 7/24/2025. (lcacr3) (Entered: 07/24/2025) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 08/21/2025 14:21:36 | | |
| PACER Login: | gregbmyers | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:25-cv-00979-ACR |
| Billable Pages: | 1 | Cost: | 0.10 |